RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 1/12/2010
BY JD

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| SHARONDAL WRIGHT, ET AL. | CIVIL ACTION NO. 09-1498 |
| VERSUS | JUDGE ROBERT G. JAMES |
| SEARS ROEBUCK & CO., ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of Magistrate Judge Hayes previously filed herein [Doc. No. 13], and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claims against Defendants Anthony Gewin and Mark Blann are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 12 day of January, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE